UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NICOLAS J. PETERS,<br><br>    Defendant. | Case No. 17cr945 JM<br><br>ORDER GRANTING JOINT MOTION TO ADJUST CUSTODY CREDITS |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Joint Motion of the parties to award Mr. PETERS an additional 17 days of custody credits (Doc. No. 38) is hereby GRANTED.

IT IS SO ORDERED.

DATED: March 16, 2018

Hon. Jeffrey T. Miller
United States District Judge