UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 17cr945 JM |
|---|---|---|
| Plaintiff, | ) | **AMENDED** ORDER GRANTING JOINT MOTION TO ADJUST CUSTODY CREDITS |
| v. | ) | |
| NICOLAS J. PETERS, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Joint Motion of the parties to award Mr. PETERS additional custody credits is hereby GRANTED. Consistent with Bureau of Prisons Policy Statement 5880.28, it is the intent of the Court that, with respect to the instant case AND Case No. 16-cr-798-WQH, (which involved admitted violations of identical terms of supervised release in December on identical bases), Mr. PETERS only serve a total aggregate sentence of 3 months beginning from the date of his arrest. By way of example, if the BOP is calculating his date of arrest at 12/18/17, then he should be released on both cases after serving a total aggregate sentence of 3 months, which is approximately March 18, 2018.

IT IS SO ORDERED.

DATED: March 19, 2018

Hon. Jeffrey T. Miller
United States District Judge